# In The United States Court of Federal Claims

No. 12-30C

(Filed: March 13, 2012)

_____

ROCKY MOUNTAIN RECREATION
OF UTAH INC., *formerly doing business
as* U-BAR WILDERNESS RANCH,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On March 6, 2012, defendant filed a motion for an enlargement of 43 days in which to file its response. The motion is hereby **GRANTED,** in part. On or before May 14, 2012, defendant shall file its response. **No further enlargements of this deadline will be granted**.

    **IT IS SO ORDERED.**


                                    s/ Francis M. Allegra
                                    Francis M. Allegra
                                    Judge