# In The United States Court of Federal Claims

No. 12-30C

(Filed: July 25, 2012)

_____

ROCKY MOUNTAIN RECREATION
OF UTAH INC., *formerly doing business*
*as* U-BAR WILDERNESS RANCH,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    A telephonic preliminary status conference will be held in this case on Thursday, August 16, 2012, at 10:00 a.m. (EDT). Chambers will contact both parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                    s/ Francis M. Allegra
                                    Francis M. Allegra
                                    Judge