# In The United States Court of Federal Claims

No. 12-30C

(Filed: August 16, 2012)

_____

ROCKY MOUNTAIN RECREATION
OF UTAH INC., *formerly doing business
as* U-BAR WILDERNESS RANCH,

          Plaintiff,

  v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

      Today, a status conference was held in this case.  Participating in this conference were James Scott Detamore, for plaintiff, and Bryant Gregory Snee, for defendant.  As agreed upon by the parties during the conference, the court hereby orders the following:

1. No later than September 28, 2012, parties shall serve their initial written discovery requests;

2. On or before January 30, 2013, depositions shall be completed;

3. On or before by March 13, 2013, fact discovery shall be completed;

4. On or before March 27, 2013, the parties shall file a joint status report indicating how this case should proceed; and

5. Assuming no alterations to the schedule due to the March 27, 2013, joint status report, on or before April 3, 2013, plaintiff shall file its motion for summary judgment.  Subsequent filings shall be in accordance with the provisions of the RCFC.

**IT IS SO ORDERED.**

                                    s/ Francis M. Allegra
                                    Francis M. Allegra
                                    Judge