# In The United States Court of Federal Claims

No. 12-30C

(Filed: November 28, 2012)

_____

ROCKY MOUNTAIN RECREATION
OF UTAH INC., *formerly doing business*
*as* U-BAR WILDERNESS RANCH,

          Plaintiff,

   v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

On November 27, 2012, the parties filed a joint motion to amend the court's August 16, 2012 scheduling order. The motion is hereby **GRANTED**, as follows:

1. On or before January 14, 2013, the parties shall serve responses to the initial written discovery requests;

2. On or before April 15, 2013, depositions shall be completed;

3. On or before May 20, 2013, fact discovery shall be completed;

4. On or before May 31, 2013, the parties shall file a joint status report indicating how this case should proceed; and

5. Assuming no alterations to the schedule due to the May 31, 2013 joint status report, on or before June 28, 2013, plaintiff shall file its motion for summary judgment. Subsequent filings shall be in accordance with the provisions of the RCFC.

**IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge