# In The United States Court of Federal Claims

No. 12-30C

(Filed: May 17, 2013)

_____

ROCKY MOUNTAIN RECREATION
OF UTAH INC., *formerly doing business
as* U-BAR WILDERNESS RANCH,

            Plaintiff,

v.

THE UNITED STATES,

            Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on Tuesday, May 28, 2013, at 2:00 p.m. (EDT). Chambers will contact both parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge