# In The United States Court of Federal Claims

No. 12-30C

(Filed: May 31, 2013)

_____

ROCKY MOUNTAIN RECREATION
OF UTAH INC., *formerly doing business
as* U-BAR WILDERNESS RANCH,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On May 28, 2013, a status conference was held in this case. Participating in the conference were Steven Lechner, for plaintiff, and Bryant Snee, for defendant. Pursuant to discussions during the conference:

1. Proceedings in this case are **STAYED** until further notice;

2. This case is hereby referred to Judge Marian Horn, to conduct Alternative Dispute Resolution (ADR). The parties shall notify the court immediately if settlement discussions break down and there is a need to restore this case to the active docket; and

3. On or before July 31, 2013, the parties shall file a joint status report which shall either:

    a. Alert the court of the parties' plan to continue to negotiate toward settlement in ADR, or

    b. Propose a briefing schedule for cross motions for summary judgment.

**IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge