# In The United States Court of Federal Claims

No. 12-30C

(Filed: August 14, 2013)

_____

ROCKY MOUNTAIN RECREATION
OF UTAH INC., *formerly doing business
as* U-BAR WILDERNESS RANCH,

        Plaintiff,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On July 29, 2013, the parties filed a joint status report indicating that the parties plan to continue to negotiate toward settlement in Alternative Dispute Resolution (ADR), and proposing that the parties file another joint status report on or before September 1, 2013.  Accordingly, on or before September 3, 2013, and every 56 days thereafter, the parties shall file a joint status report indicating the progress of their efforts to resolve this case through ADR.

    **IT IS SO ORDERED.**

                          s/ Francis M. Allegra
                          Francis M. Allegra
                          Judge